UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* Mablay Construction, LLC<br><br>    **Plaintiff,**<br><br>        v.<br><br>HANDICARE USA, INC.,<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 17cv1764 (APM)<br>)<br>)<br>)<br>) |

### UNITED STATES' NOTICE OF PARTIAL INTERVENTION

The United States, Relator, and Defendant Handicare USA, Inc., have reached a settlement agreement to resolve this action. In light of this agreement, and for the purpose of effectuating and formalizing that resolution, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States respectfully advises the Court of its decision to intervene in part and decline in part for the purposes of settlement.

Specifically, the United States intervenes in this action as to the Covered Conduct as that term is defined in Paragraphs F through I of the Settlement Agreement, to the extent that the Complaint contains such claims. The United States declines intervention as to all other claims asserted on behalf of the United States in this action.

Under the terms and conditions of the Settlement Agreement among the parties, the United States and Relator will file a Notice of Dismissal following the payment of the settlement amount by Defendant. In light of the Settlement Agreement among the parties, the United States does not presently intend to file a complaint in intervention but reserves the right to seek leave to file such a complaint in the event that Defendant does not pay the full settlement amount or otherwise abide by the terms of the Settlement Agreement.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division


By:  /s/ *Darrell C. Valdez*
DARRELL VALDEZ, DC Bar #420232
Assistant United States Attorney
United States Attorney's Office – D.C.
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202)252-2507

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of September 2020, I caused a copy of the Notice of Partial Intervention to be served by email on:

Katherine Burrows
Nelson Mullins Riley & Scarborough LLP
100 S. Charles Street, Suite 1200
Baltimore, MD 21201
katie.burrows@nelsonmullins.com


Scott Wilson
Miles & Stockbridge
100 Light Street
Baltimore, MD 21202
swilson@milesstockbridge.com

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, Defendant has not been served with a copy of the foregoing Notice.


 *Darrell C. Valdez*
DARRELL C. VALDEZ
Assistant United States Attorney